# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CATHERINE COFFMAN,<br><br>               Plaintiff,<br><br>    v.<br><br>MAXAR TECHNOLOGIES INC., DANIEL L. JABLONSKY, HOWELL M. ESTES, III, NICK S. CYPRUS, ROXANNE DECYK, JOANNE O. ISHAM, C. ROBERT KEHLER, L. ROGER MASON JR., GILMAN LOUIE, HEATHER WILSON, ERIC J. ZAHLER, and EDDY ZERVIGON,<br><br>               Defendants. | Case No. 1:23-cv-02261-NRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Catherine Coffman ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: May 24, 2023                                      Respectfully Submitted,

                                                                      */s/ Richard A. Acocelli*
                                                                       Richard A. Acocelli
                                                                       **ACOCELLI LAW, PLLC**
                                                                       33 Flying Point Road, Suite 131
                                                                       Southampton, NY 11968
                                                                       Tel: (631) 204-6187
                                                                       Email: racocelli@acocellilaw.com

                                                                       *Attorneys for Plaintiff*